People v Smith
2026 NY Slip Op 03544
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
CLINT M. SMITH, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
275 KA 24-01067
Present: Whalen, P.J., Bannister, Montour, Greenwood, And Hannah, JJ.

BANASIAK LAW OFFICE, PLLC, SYRACUSE (PIOTR BANASIAK OF COUNSEL), FOR DEFENDANT-APPELLANT.
ANTHONY J. DIMARTINO, JR., DISTRICT ATTORNEY, OSWEGO (AMY L. HALLENBECK OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Oswego County Court (Melinda H. McGunnigle, A.J.), rendered May 30, 2023. The judgment convicted defendant upon his plea of guilty of attempted criminal sexual act in the first degree.
[*1]
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Smith ([appeal No. 1] — AD3d — [June 5, 2026] [4th Dept 2026]).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court